FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MAR 14 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 1:08CR55-WHA |
| | ) | [21 USC 841(a)(1)] |
| RONNIE LEE WARREN | ) | |
| | ) | |
| | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

### COUNT 1

On or about the 12th day of December, 2007, in the Middle District of Alabama,

RONNIE LEE WARREN,

defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly known as "crack", a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

On or about the 12th day of December, 2007, in the Middle District of Alabama,

RONNIE LEE WARREN,

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 3

On or about the 12th day of December, 2007, in the Middle District of Alabama,

RONNIE LEE WARREN,

defendant herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Susan R. Redmond
Assistant United States Attorney