UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.　　　　　　　　　　　) | CR. NO.  1:08-cr-55-WHA |
| ) | |
| RONNIE LEE WARREN　　　) | |
| ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against RONNIE LEE WARREN, now in custody of the Geneva County Jail, Geneva, AL, and that said cause is set for arraignment at 10:30 a.m. on April 30, 2008, before this Honorable Court to be held at Montgomery, Alabama.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Geneva County Jail, Geneva, AL, commanding them to deliver said prisoner, RONNIE LEE WARREN, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

Respectfully submitted this 7th day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280   (334) 223-7138 Fax
susan.redmond@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:08-cr-55-WHA |
| | ) | |
| RONNIE LEE WARREN | ) | |
| | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#), filed April 7, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court  is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Geneva County Jail, Geneva, AL,  commanding them to deliver the said prisoner, RONNIE LEE WARREN, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 p.m. on April 30, 2008, and to return said prisoner to said official when the Court has finished with him.

DONE this the _____ day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE