UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:08-cr-55-WHA |
| | ) | |
| RONNIE LEE WARREN | ) | |
| | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#4), filed April 7, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Geneva County Jail, Geneva, AL, commanding them to deliver the said prisoner, RONNIE LEE WARREN, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 p.m. on April 30, 2008, and to return said prisoner to said official when the Court has finished with him.

DONE this the 8th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE