| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | IN THE UNITED STATES |
| | * | |
| PLAINTIFF, RECEIVED | * | DISTRICT COURT |
| | * | |
| VS.  2008 APR 30 A 9: 50 | * | MIDDLE DISTRICT OF |
| | * | ALABAMA |
| RONNIE LEE WARREN P. HACKETT, CLK | * | |
| U.S. DISTRICT COURT | * | CRIMINAL DIVISION |
| DEFENDANT. MIDDLE DISTRICT ALA | * | |
| | * | CASE NO.: 1:08CR55-001-WHA |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, W. Terry Bullard, and files this his notice of appearance for representation of the Defendant, RONNIE LEE WARREN, in the above styled cause.

Dated this the 30th day of April, 2008.

/s/ W. Terry Bullard
W. TERRY BULLARD (BUL007)
Attorney for Defendant
Post Office Box 398
Dothan, Alabama 36302
(334) 793-5665

## CERTIFICATE OF SERVICE

I, W. Terry Bullard, do hereby certify that I have served the foregoing Notice of Appearance upon the Honorable Troy King, U.S. Attorney, via hand delivery this the 30th day of April, 2008.   Susan Redmon

/s/
OF COUNSEL