IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 1:08-cr-55-WHA |
| | ) | |
| RONNIE LEE WARREN | ) | |

# ORDER

Upon consideration of the Defendant's *Motion to Suppress* (Doc. 13, filed May 8, 2008), it is hereby **ORDERED** that a hearing is set for **May 15, 2008 at 4:00 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. If the defendant is in custody, the Marshal shall produce the defendant for the hearing.

It is further **ORDERED** that the United States file a response **on or before May 14, 2008** to show any cause why the motion should not be granted.

Done this 8th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE