IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CR NO.: 1:08cr55-MHT |
| VS. ) | |
| ) | |
| RONNIE LEE WARREN, ) | |
| ) | |
| DEFENDANT. ) | |

## **MOTION TO CONTINUE**

COMES NOW, the Defendant, RONNIE LEE WARREN, by and through his undersigned attorney and moves this Honorable Court to continue this matter presently set for a Jury Trial on June 2, 2008 and as grounds therefore states:

1. That the Defendant has not all of the Discovery in this matter in that the name of the "confidential" informant has not been revealed to the Defendant and his undersigned attorney.

2. That despite the undersigned attorney working diligently on this matter, the undersigned attorney will be unable to be prepared for trial in this matter on June 2, 2008.

3. That the United States Attorney's office does not have any objections to this matter being continued.

WHEREFORE, PREMISE CONSIDERED, the Defendant would pray this Honorable Court to continue this matter presently set for a jury trial on June 2, 2008 and reset this matter at the court's earliest convenience.

Respectfully submitted on this the 12th day of May, 2008.

/s/ W. Terry Bullard
W. TERRY BULLARD
Attorney for Defendant
P. O. Box 398
Dothan, Alabama 356302
(334) 793-5665
tbullaard@aol.com

**CERTIFICATE OF SERVICE**

I, W. Terry Bullard, hereby certify that I have served a copy of the foregoing upon the Honorable Susan R. Redmond, U.S. Attorney, by electronically filing the same this the 12th day of May, 2008.

/s/ W. Terry Bullard
OF COUNSEL