IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CR NO.:  1:08cr55-MHT |
| VS. ) | |
| ) | |
| RONNIE LEE WARREN, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

**MOTION TO REVEAL IDENTITY**

COMES NOW, the Defendant, RONNIE LEE WARREN, by and through his undersigned attorney and moves this Honorable Court to order the United States Attorney's office to reveal the name of the "confidential" informant and as grounds therefore states:

1. That a Search Warrant was issued by State District Judge Charles Fleming pursuant to an Affidavit from Investigator Annie Henderson of the Geneva County Sheriff's Department alleging that the Search Warrant be issued because a "confidential" informant had made three (3) One Hundred Dollar ($100.00) buys of a controlled substance from the Defendant.

2. That the Defendant must have the identity of the "confidential" informant along with his/her address in order to subpoena this person to the Evidentiary Hearing scheduled on May 15, 2008 at 4:00 p.m. on the Defendant's Motion to Suppress.

WHEREFORE, PREMISE CONSIDERED, the Defendant would pray this Honorable Court to order the United States Attorney's office to reveal to the Defendant the name of the "confidential" informant.

Respectfully submitted on this the 12th day of May, 2008.

/s/ W. Terry Bullard
W. TERRY BULLARD
Attorney for Defendant
P. O. Box 398
Dothan, Alabama 356302
(334) 793-5665
tbullaard@aol.com

## CERTIFICATE OF SERVICE

I, W. Terry Bullard, hereby certify that I have served a copy of the foregoing upon the Honorable Susan R. Redmond, U.S. Attorney, by electronically filing the same this the 12th day of May, 2008.

/s/ W. Terry Bullard
OF COUNSEL