IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 1:08-cr-55-WHA |
| | ) | |
| RONNIE LEE WARREN | ) | |

# **ORDER**

Upon consideration of the Defendant's *Motion to Reveal Identity* (Doc. 18, filed May 12, 2008), it is hereby **ORDERED** that the United States file a response **on or before 5:00 p.m. May 13, 2008** to show any cause why the motion should not be granted.

It is further **ORDERED** that a telephonic status conference is set for **8:30 a.m. on May 14, 2008**. The United States shall initiate the conference with the parties and then contact chambers at the appropriate time.

Done this 13th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED   STATES   MAGISTRATE   JUDGE