IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CR NO.: 1:08cr55-MHT |
| VS. ) | |
| ) | |
| RONNIE LEE WARREN, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## MOTION FOR ISSUANCE OF SUBPOENA

COMES NOW, the Defendant, RONNIE LEE WARREN, by and through his undersigned attorney and moves this Honorable Court to issue a subpoena to Investigator Annie Henderson with the Geneva County Sheriff's Department for the Evidentiary Hearing on the Defendant's Motion to Suppress to be held on May 15, 2008 at 4:00 p.m. and as grounds therefore states:

1. That a Search Warrant was issued by State District Judge Charles Fleming pursuant to an Affidavit from Investigator Annie Henderson of the Geneva County Sheriff's Department alleging that the Search Warrant be issued.

2. That the Defendant's Motion to Suppress is based on Investigator Annie Henderson's Investigation and Affidavit in this matter.

WHEREFORE, PREMISE CONSIDERED, the Defendant would pray this Honorable Court to issue a subpoena to Investigator Annie Henderson of the Geneva County Sheriff's Department requiring her to appear before this Honorable Court for the Evidentiary Hearing scheduled on May 15, 2008 at 4:00 p.m.

Respectfully submitted on this the 13th day of May, 2008.

/s/ W. Terry Bullard
W. TERRY BULLARD
Attorney for Defendant
P. O. Box 398
Dothan, Alabama 356302
(334) 793-5665
tbullaard@aol.com

**CERTIFICATE OF SERVICE**

I, W. Terry Bullard, hereby certify that I have served a copy of the foregoing upon the Honorable Susan R. Redmond, U.S. Attorney, by electronically filing the same this the 13th day of May, 2008.

/s/ W. Terry Bullard
OF COUNSEL