IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 1:08-cr-55-WHA |
| | ) | |
| RONNIE LEE WARREN | ) | |

## **ORDER**

It is **ORDERED** that the suppression hearing scheduled for May 15, 2008 at 4:00 p.m. is hereby **CANCELLED**. It will be reset at a future date.

Done this 15th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED   STATES   MAGISTRATE   JUDGE