IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:08cr055-WHA-01 |
| RONNIE LEE WARREN ) | |

## **ORDER**

The court having heard nothing from Defendant's counsel in response to its request to him on May 19, 2008, to determine whether his client and counsel for the Government were in agreement to continue this case to the term of court in Dothan, Alabama, commencing September 29, 2008, it is hereby

ORDERED that the Defendant's Motion to Continue (Doc. #17), filed on May 12, 2008, is **DENIED**. The case remains on the trial docket for June 2, 2008.

DONE this 22nd day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE