IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CR NO.:  1:08cr55-MHT |
| VS. ) | |
| ) | |
| RONNIE LEE WARREN, ) | |
| ) | |
| DEFENDANT. ) | |

## MOTION TO RECONSIDER

COMES NOW, the Defendant, RONNIE LEE WARREN, by and through his undersigned attorney and moves this Honorable Court to Reconsider its Order denying the Defendant's Motion to Continue and as grounds therefore states:

1. That the Defendant has contacted the Honorable Susan R. Redmond with the United States Attorney's Office and she does not object to this matter being continued until September 29, 2008.

2. That the undersigned attorney had been dealing with health issues earlier this week and failed to contact the United States Attorney's Office but has done so as of this date.

WHEREFORE, PREMISE CONSIDERED, the Defendant would pray this Honorable Court to reconsider its Order denying the Motion to Continue and grant the Defendant's Motion to Continue resetting this matter for trial on September 29, 2008.

Respectfully submitted on this the 22nd day of May, 2008.

/s/ W. Terry Bullard
W. TERRY BULLARD
Attorney for Defendant
P. O. Box 398
Dothan, Alabama 356302
(334) 793-5665
tbullaard@aol.com

**CERTIFICATE OF SERVICE**

I, W. Terry Bullard, hereby certify that I have served a copy of the foregoing upon the Honorable Susan R. Redmond, U.S. Attorney, by electronically filing the same this the 22nd day of May, 2008.

/s/ W. Terry Bullard
OF COUNSEL