IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:08cr055-WHA-01 |
| RONNIE LEE WARREN ) | |

**ORDER**

Upon consideration of the Motion to Reconsider (Doc. #25), the motion is GRANTED.

The court finds, for the reason that the Defendant is in need of additional time to adequately prepare a defense, that the ends of justice to be served by granting the requested continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, it is hereby

ORDERED that trial of this case is CONTINUED from the term of court commencing June 2, 2008, to the term of court commencing September 29, 2008, in Dothan, Alabama.

DONE this 22nd day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE