IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 1:08-cr-55-WHA |
| | ) | |
| RONNIE LEE WARREN | ) | |

## **ORDER**

Upon consideration of the Defendant's *Motion to Suppress* (Doc. 13, filed May 8, 2008), it is hereby **ORDERED** that the hearing is now set for **June 30, 2008 at 1:30 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. If the defendant is in custody, the Marshal shall produce the defendant for the hearing.

Done this 23rd day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE