IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 1:08-cr-55-WHA |
| | ) | |
| RONNIE LEE WARREN | ) | |

## **ORDER**

Upon consideration of the Defendant's *Motion to Reveal Identity* (Doc. 18, filed May 12, 2008), it is hereby **ORDERED** that a hearing is set concurrent with the suppression hearing on **June 30, 2008 at 1:30 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

The confidential informant need not be present at the hearing. The hearing will consist of oral arguments on whether the information is discoverable in this case.

Done this 27th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE