IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:08cr55-WHA |
| | ) | |
| RONNIE LEE WARREN | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for June 11, 2008 at 10:30 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner: RONNIE LEE WARREN before the United States District Court at Montgomery, Alabama, Courtroom 4A, on the 11th day of June, 2008 at 10:30 o'clock a.m.

DONE this 2nd day of June, 2008.

TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

By: *(signature)*
Deputy Clerk