IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 1:08-cr-55-WHA |
| | ) | |
| RONNIE LEE WARREN | ) | |

**ORDER**

Pending before the Court is Defendant's *Motion to Reveal Identity* (Doc. 18, filed May 12, 2008) and the Government's *Response to Defendant's Motion to Reveal Identity* (Doc. 20, filed May 13, 2008). In the motion, Defendant Warren seeks the identity of the confidential informant used to make the alleged controlled narcotics buys from the Defendant. The Court held a telephonic conference on the matter and ruled the identity of the informant need not be revealed prior to the suppression hearing. The Court further ruled the matter would be addressed fully at the hearing on the matter on June 30, 2008.

For good cause, it is **ORDERED** as follows:

(1) The motion is **DENIED** to the extent it seeks the revelation of the identity of the confidential informant at this time.

(2) Should the Government determine it intends to call the confidential informant as a witness at trial, it will be required to reveal the identity of the informant as well as the relevant information pertaining to the informant as per its discovery obligations.

(3) The revelation of the identity of the confidential information shall take place

so as not to disturb the current trial setting of September 29, 2008. As such, the revelation shall take place no later than three (3) weeks prior to trial.

DONE this 9th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE